# Third District Court of Appeal

## State of Florida

Opinion filed June 12, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1929
Lower Tribunal No. 19-22194
_____

**Emmanuel Pacin,**
Appellant,

vs.

**Nicole Granja,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Rhonda F. Goodman, P.A., and Rhonda F. Goodman, for appellant.

Nancy A. Hass, P.A., and Nancy A. Hass (Fort Lauderdale); Abramowitz and Associates and Jordan B. Abramowitz, for appellee.

Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.